IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Case No. 4:21cr317-RWS-AGD |
| § | |
| DIAMOND DIXON (3) § | |
| § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge entered proposed findings of fact and recommendations, Docket No. 143, that allegations one and two of the petition for a warrant be dismissed; that, based on allegations three and four of the petition, Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutive to any other term of imprisonment, with no term of supervised release to follow; and that Defendant be placed at FPC Bryan in Bryan, Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of her right to object to the proposed findings and recommendations of the Magistrate Judge, Docket No. 142, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, allegations one and two are hereby dismissed; Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutive to any other term of imprisonment, with no term of supervised

release to follow; and the Court hereby recommends Defendant be placed at FPC Bryan in Bryan, Texas, if appropriate.

**So ORDERED and SIGNED this 22nd day of October, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE